IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-629-RJC-DCK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, as subrogee of American Cornerbread Company d/b/a American Bead Corporation, | )<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| CREED STEEL TRADING, INC., | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed by Jason R. Benton, concerning Ann T. Kirk on August 29, 2016. Ms. Ann T. Kirk seeks to appear as counsel *pro hac vice* for Defendant Creed Steel Trading, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission To Practice *Pro Hac Vice*" (Document No. 13) is **GRANTED.** Ms. Ann T. Kirk is hereby admitted *pro hac vice* to represent Defendant Creed Steel Trading, Inc.

**SO ORDERED**.

Signed: August 29, 2016

David C. Keesler
United States Magistrate Judge