# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-629-RJC-DCK

| | |
|---|---|
| LIBERTY MUTUAL FIRE INSURANCE COMPANY, a subrogee of American Cornerbread Company d/b/a American Bread Corporation | )<br>)<br>)<br>)<br>) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CREED STEEL TRADING, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Jason B. James, filed a "Certification Of Mediation Session" (Document No. 17) notifying the Court that the parties reached a settlement on November 21, 2016. The Court commends counsel, the parties and the mediator for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 21, 2016**.

Signed: December 1, 2016

David C. Keesler
United States Magistrate Judge